# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00250-GPG

CROSBY LINCOLN POWELL,

     Applicant,

v.

ARAPAHOE COUNTY DISTRICT COURT, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

     Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

     Applicant's motions (ECF Nos. 8 & 11) requesting an evidentiary hearing and appointment of counsel are DENIED as premature. Applicant's motion (ECF No. 14) asking the court to consider an additional exhibit is GRANTED.

Dated: March 31, 2015