**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00250-LTB

CROSBY LINCOLN POWELL,

    Applicant,

v.

ARAPAHOE COUNTY DISTRICT COURT, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    This matter is before the Court on the document titled "Applicant Motion for Clarification of Order for Dismissal and Request for Documents Exhibits Reference in the Order be Made Available to Applicant for Appeal to 10th Circuit Court" (ECF No. 29). The request for clarification is granted and Applicant is advised that citations to "ECF" or "Electronic Case Filing" numbers refer to documents previously filed in this action, including the amended application (ECF No. 12) filed by Applicant and the Pre-Answer Response (ECF No. 22) filed by Respondents, a copy of which was mailed to Applicant. Applicant's request for copies of exhibits filed in this action is denied. Applicant may obtain copies of documents filed with the court by contacting the clerk of the court and paying any necessary fees.

Dated:  June 15, 2015